JACOB & YOUNGS, INCORPORATED, Respondent, *v.* GEORGE E. KENT, Appellant.

(Submitted February 28, 1921; decided March 8, 1921.)

MOTION for re-argument. (See 230 N. Y. 239.)

*Per Curiam.* The court did not overlook the specification which provides that defective work shall be replaced. The promise to replace, like the promise to

install, is to be viewed, not as a condition, but as independent and collateral, when the defect is trivial and innocent. The law does not nullify the covenant, but restricts the remedy to damages.

The motion for a re-argument should be denied.

HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ., concur.

Motion denied. _____ .